

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00492-CV

**BELL & MCCOY OF SOUTH TEXAS, LLC** f/k/a Bell & McCoy of South Texas, Inc., Bell
& McCoy Companies, Inc., Dana Arnold, and Garon Shuler,
Appellants

v.

Leonard A. **WEINAND**, Jr.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00157
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

Delivered and Filed: October 23, 2019

DISMISSED

Appellants, Bell & McCoy of South Texas, LLC f/k/a Bell & McCoy of South Texas, Inc.,

Bell & McCoy Companies, Inc., Dana Arnold, and Garon Shuler, filed a motion to dismiss,

requesting that this court dismiss their appeal. The motion states that the parties have conferred

and that appellee, Leonard A. Weinand, Jr., does not oppose the motion. *See* TEX. R. APP. P.

10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Costs of the appeal are taxed against the party who incurred them.

PER CURIAM